# United States Court of Appeals
## For the First Circuit

No. 11-1088

AIR SUNSHINE, INC.; MIRMOHAMMAD ADILI;
AIR SUNSHINE DE P.R., INC.,

Plaintiffs, Appellees,

v.

STEPHEN M. CARL,

Defendant, Appellant,

YVETTE HAU-LEPERA; SERGIO LÓPEZ,

Defendants.

**Errata Sheet**

The opinion of this Court issued on December 2, 2011, is amended as follows:

On page 10, line 8: "550 U.S. 554" is changed to "550 U.S. 544".

On page 11, line 13: "procedural a due process" is changed to "procedural due process".

On page 13, line 13: "unforseen" is changed to "unforeseen".